UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LINDA MICHELLE LANCE, )<br>Parent of L.L., minor child, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | No.: 3:07-CV-411<br>(VARLAN/GUYTON) |

## **ORDER**

This Social Security appeal is before the Court on the Report and Recommendation filed by United States Magistrate Judge H. Bruce Guyton on July 14, 2008. [Doc. 19.] There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Magistrate Judge Guyton found that the Administrative Law Judge's decision that plaintiff is not disabled is supported by substantial evidence in the record as a whole and recommended that plaintiff's motion for summary judgment [Doc. 13] be denied and that defendant Commissioner's motion for summary judgment [Doc. 17] be granted.

The Court has carefully reviewed this matter, including the underlying pleadings [Docs. 14, 18]. The Court is in agreement with Magistrate Judge Guyton's recommendation which the Court adopts and incorporates into its ruling. Plaintiff's motion for summary

judgment [Doc. 13] is **DENIED**, and defendant's motion for summary judgment [Doc. 17] is **GRANTED**.  Defendant's Second Motion for Extension of Time [Doc. 15] is hereby **DENIED as moot**.  The Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 19], and this case is hereby **DISMISSED**.

    IT IS SO ORDERED.

                                      s/ Thomas A. Varlan
                                      UNITED STATES DISTRICT JUDGE